JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

KIMBERLY MANNING, an individual,

    Plaintiff,

v.

SPECIALIZED LOAN SERVICING, LLC, a Delaware limited liability company;
NEWREZ, LLC, a Delaware limited liability company;
BANK OF AMERICA CORPORATION, a Delaware corporation;
THE BANK OF NEW YORK MELLON, a New York corporation;
QBE, INC., a California corporation; and
DOES 1-100, inclusive,

    Defendants.

Case No. 8:25-cv-02435-JWH-DFM

**JUDGMENT**

Pursuant to the "Order Regarding Defendants' Motion to Dismiss [ECF No. 9]; Plaintiff's Motion to Remand [ECF No. 13]; and Plaintiff's Motion to Amend [ECF No. 15]" filed substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1.    This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a)(1).

2.    Fictitiously named Defendants Does 1-100 are **DISMISSED.**

3.    On or about September 12, 2025, Defendant Bank of America, N.A. (sued as Bank of America Corporation) was **DISMISSED with prejudice.**

4.    On or about October 20, 2025, Defendant QBE, Inc. was **DISMISSED with prejudice.**

5.    The operative pleading is the First Amended Complaint [ECF No. 1-2] of Plaintiff Kimberly Manning.  Plaintiff's First Amended Complaint is **DISMISSED without leave to amend.**

6.    Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated:  July 10, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-